# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

ALLAN FRANK,

    Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD.,

    Defendant,

Case No.: 1:10-cv-00025-LPS

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of the captioned matter with prejudice without cost to either party.

/S/ Art C. Aranilla
Art C. Aranilla, Esquire
Attorney ID: 4516
Attorney for Defendant,

/S/ W. Christopher Componovo
W. Chirstopher Componovo, Esquire
Attorney ID: 3234
Attorney for the Plaintiff

Date: March 14, 2011

Date: March 14, 2011

BY THE COURT:

_____ 3-14-11
J.